IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES B. JONES, JR., *Petitioner*, | : : : | CIVIL ACTION |
| v. | : : | |
| | : | No. 16-1325 |
| COMMONWEALTH OF PENNSYLVANIA, et al., *Respondents*. | : : : | |

FILED NOV 21 2016

## ORDER

**AND NOW**, this 18th day of November, 2016, having considered the Petition for Writ of *Habeas Corpus* filed by Petitioner (Docket No. 1), the Response thereto (Docket No. 9), Petitioner's Reply (Docket No. 10), U.S. Magistrate Linda K. Caracappa's Report & Recommendations (Docket No. 11), and Petitioner's Objection to the Report & Recommendations (Docket No. 14), it is hereby **ORDERED** that:

1. The Petitioner's Objection (Docket No. 14) is **OVERRULED**.[1]

2. The Report & Recommendations are **APPROVED** and **ADOPTED**.

3. The Petition for Writ of Habeas Corpus (Docket No. 1) is **DISMISSED** with prejudice without an evidentiary hearing.

4. There is no probable cause to issue a certificate of appealability.[2]

---

[1] Petitioner filed no substantive objections to Magistrate Judge Caracappa's Report & Recommendations. Rather, Petitioner only stated that he objected, without providing any legal grounds or reasoning for his objection. Because the Court adopts Magistrate Judge Caracappa's Report & Recommendations for the reasons stated therein, the Court overrules Petitioner's objection.

[2] A certificate of appealability may issue only upon "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A petitioner must "demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Lambert v. Blackwell*, 387 F.3d 210,

1

5.     The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

*No. 16-1325*

*[signature]*

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

230 (3d Cir. 2004). The Court agrees with U.S. Magistrate Judge Caracappa that there is no probable cause to issue such a certificate in this action.